522 A.2d 48

**Irwin HIRSH, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF STATE, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, STATE BOARD OF PHARMACY.**

Supreme Court of Pennsylvania.

Argued March 13, 1987.

Decided March 23, 1987.

Reargument Denied June 26, 1987.

Judy Shopp Smith, Luther E. Milspaw, Jr., Harrisburg, for appellant.

Alexandra J. Matthews, State Board of Pharmacy, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.

FLAHERTY, J., dissents and would reach the merits.